UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER
LOWER MANHATTAN DISASTER
SITE LITIGATION

21MC102(AKH)

JAZMIN L. VELEZ,

08CV2731(AKH)

                         Plaintiff(s),   **NOTICE OF APPEARANCE**

    -against-

80 LAFAYETTE ASSOCIATES LLC, et al.,

                         Defendants.

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants **CENTURY 21, INC** and **BLUE MILLENNIUM REALTY LLC** in the above-captioned action and all future correspondence and papers filed or serviced in connection with the above-captioned action are to be directed to the undersigned.

Dated:   New York, New York
         April 24, 2008

                                          Yours etc.,

                                          HARRIS BEACH PLLC
                                          *Attorneys for Defendant*
                                          **CENTURY 21, INC., BLUE**
                                          **MILLENNIUM REALTY LLC**

                                          _____/s/_____
                                          Stanley Goos, Esq. (SG-7062)
                                          100 Wall Street
                                          New York, NY  10005
                                          212 687-0100
                                          212 687-0659 (Fax)

## **CERTIFICATION AS TO SERVICE**

The undersigned certifies that on April 24, 2008, I caused to be filed and served the following document electronically via the Court's ECF system upon the parties:

1. Century 21, Inc. and Blue Millennium's Notice of Appearance

Dated: April 24, 2008

/s/
Stanley Goos, Esq. (SG 7062)
